**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Linda G. Scott, <br><br>    Plaintiff, <br><br>v. <br><br>Westgate Resorts, LTD ; and DOES 1-10, inclusive, <br><br>    Defendants. | Civil Action No.:  3:16-cv-40106-MGM |

**NOTICE OF SETTLEMENT**

  NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 25, 2017

                Respectfully submitted,

                PLAINTIFF, Linda G. Scott

                */s/ Sergei Lemberg*

                Sergei Lemberg, Esq.
                B.B.O. No.: 650671
                **LEMBERG LAW, L.L.C.**
                43 Danbury Road, 3rd Floor
                Wilton, CT 06897
                Telephone: (203) 653-2250
                Facsimile:  (203) 653-3424
                slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 25, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

             By _/s/ Sergei Lemberg_
               Sergei Lemberg, Esq.