# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA G. SCOTT,  ) | |
|     *Plaintiff*  ) | |
| ) | **CIVIL ACTION NO**. |
| V.  ) | 3:16-cv-40106-MGM |
| ) | |
| WESTGATE RESORTS, LTD.,  ) | |
| DOES 1-10, Inclusive  ) | |
|     *Defendants*  ) | |
| ) | |

### SETTLEMENT ORDER OF DISMISSAL

The Court, having been advised by counsel for the plaintiff on 1/25/17 that the above-entitled action has been settled. IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within SIXTY (60) DAYS to reopen the action if settlement is not consummated by the parties.

DATED February 2, 2017

                               **ROBERT M. FARRELL**
                               CLERK

                               /s/ *Maurice G. Lindsay*
                               Maurice G. Lindsay
                               Deputy Clerk